# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

LAQUEITA K. NOWDEN                                                                    PLAINTIFF

V.                           NO. 5:10CV00270 JLH/JTR

MICHAEL J. ASTRUE,
Commissioner, Social
Security Administration                                                               DEFENDANT

## ORDER

Plaintiff's Unopposed Motion for Extension of Time (docket entry #8) is GRANTED.  Plaintiff's Appeal Brief is due on or before February 17, 2011.

IT IS SO ORDERED this 21st day of January, 2011.

_____
UNITED STATES MAGISTRATE JUDGE