**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

LAQUEITA K. NOWDEN                                                                                       PLAINTIFF

v.                                              No. 5:10CV00270 JLH

MICHAEL J. ASTRUE, Commissioner,
Social Security Administration                                                                      DEFENDANT

## JUDGMENT

Pursuant to the Opinion and Order entered separately today, the decision of the Commissioner of the Social Security Administration denying Laqueita K. Nowden's application for supplemental security income benefits is affirmed. The complaint of Laqueita K. Nowden is dismissed with prejudice.

IT IS SO ORDERED this 6th day of February, 2012.

_____
J. LEON HOLMES
UNITED STATES DISTRICT JUDGE